**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 26-90628 (CML) |
| DISH WIRELESS L.L.C., et al., | | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that, in accordance with Article XII.G of the DBS Plan, the undersigned counsel at Smith Buss & Jacobs, LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to creditors and parties-in-interest, (1) 4315 Webster Owners, Inc., (2) 733 Realty, LLC, (3) The Cryder House, Inc., (4) Cambridge Hall Tenants Corp., (5) 5425 Valles Avenue Owners Corp., (6) McLean Towers Inc., (7) 495 Odell Avenue Owners, Inc., (8) Kew Gardens Owners Corp., (9) 1500 Boston Road Housing Development Fund Corporation, (10) River House in Riverdale Inc., (11) West 34th Apts. Corp., (12) Gem Realty Apartments LLC, (13) 60 West Broad Street, Inc., (14) 1523 Central Park Avenue Owners, Inc., and (15) DCF Development Corp., and renews its request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

Smith Buss & Jacobs LLP
c/o Jennifer Milo, Esq.
1325 Franklin Avenue, Suite 328
Garden City, NY 11530
jmilo@sbjlaw.com

Dated: Yonkers, New York

November 10, 2026

SMITH BUSS & JACOBS, LLP

By: */s/ Avi Strauss* ______________

Avi Strauss, Esq.
*Attorneys for Creditors*
733 Yonkers Avenue, Suite 200
Yonkers, New York 10704
(914) 476-0600
astrauss@sbjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Avi Strauss*
Avi Strauss, Esq.